UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 07-22729-CIV-HUCK/SIMONTON

SYED ALI,
    Plaintiff,
vs.

USCIS, et al.,
    Defendants.
_____/

**CLOSED CIVIL CASE**

## FINAL ORDER OF DISMISSAL

THIS MATTER is before the Court upon Plaintiff's Motion to Withdraw Complaint (D.E. #19) filed on April 16, 2008, (which shall be construed as a Notice of Voluntary Dismissal). Having considered the Notice of Voluntary Dismissal and being otherwise duly advised in the premises, it is hereby

ORDERED that this action is DISMISSED WITHOUT PREJUDICE pursuant to Fed. R. Civ. P. 41(a)(1). All pending motions are DENIED as moot and the case is CLOSED.

DONE AND ORDERED in Chambers, Miami, Florida, this 17th day of April, 2008.

Paul C. Huck
United States District Judge

Copies furnished to:
Counsel of Record